EDWARD J. LEN, as Administrator of the Estate of MICHAEL E. LEN, Deceased, Appellant, v STATE OF NEW YORK et al., Respondents.

Submitted August 16, 2010; decided November 23, 2010

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed that portion of the Court of Claims order that denied appellant's motion to amend the claim, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

TRACY MASSOP et al., Appellants, v INVENTORS HELPLINE/PATENT AND TRADEMARK INSTITUTE, Respondent.

Submitted October 4, 2010; decided November 23, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY E. BECOATS, Appellant.

Submitted November 1, 2010; decided November 23, 2010

Motion for reargument of motion for leave to appeal granted and, upon reargument, Kristin F. Splain, Esq., Monroe County Conflict Defender, 80 West Main Street, Suite 300, Rochester, New York 14614 is assigned in the place and stead of Donald M. Thompson, Esq., care of Easton Thompson Kasperek Shiffrin LLP, as counsel to the appellant on the appeal herein.